UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND EDWARD CHESTNUT, | : | CIVIL ACTION NO. 3:CV-13-1512 |
| Petitioner | : | (Judge Nealon) |
| v. | : | FILED SCRANTON |
| WARDEN THOMAS, | : | NOV 21 2013 |
| Respondent | : | PER _____ DEPUTY CLERK |

## ORDER

**AND NOW, THIS 21st DAY OF NOVEMBER, 2013**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** the case.

_____
**United States District Judge**